IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henning, Gloria | Case Number:  04 B 27367 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  7/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,450.00 | |
| Secured: | | 18,036.53 |
| Unsecured: | | 1,863.73 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 1,255.74 |
| Other Funds: | | 400.00 |
| Totals: | 24,450.00 | 24,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 565.81 | 0.00 |
| 5. | CitiFinancial Mortgage | Secured | 411.50 | 411.50 |
| 6. | City Of Chicago | Secured | 296.32 | 296.32 |
| 7. | Wells Fargo Fin Acceptance | Secured | 11,622.27 | 11,622.27 |
| 8. | Deutsche Bank National Trustee | Secured | 5,706.44 | 5,706.44 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 385.47 | 1,857.29 |
| 10. | Peoples Energy Corp | Unsecured | 8.20 | 0.00 |
| 11. | City Of Chicago | Unsecured | 1.34 | 6.44 |
| 12. | Mercy Hospital | Unsecured | | No Claim Filed |
| | | | $ 21,891.35 | $ 22,794.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 336.66 |
| 4% | 72.83 |
| 3% | 62.30 |
| 5.5% | 314.08 |
| 5% | 105.18 |
| 4.8% | 175.68 |
| 5.4% | 189.01 |
| | $ 1,255.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henning, Gloria | Case Number:  04 B 27367 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  7/23/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

